**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CARL SHAFFER WILLIS                                                                                     PLAINTIFF

v.                                      No. 1:13CV00058-JM-JJV

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be and hereby are approved and adopted in their entirety as this Court's findings in all respects.

The Commissioner's decision is AFFIRMED and the Complaint is DISMISSED with prejudice.

DATED this 13th day of May, 2014.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE